UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

                                       Case No.: 8:15-bk-09818-MGW

James Bryan Holcombe                           Chapter 7
Cynthia Lee Holcombe

         Debtor(s).
_____/

## NOTICE OF HEARING

A PRELIMINARY HEARING in this case will be held on August 17, 2017 at 9:30a.m. in Courtroom 8A Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL, 33602, before the Honorable Michael G. Williamson, United States Bankruptcy Judge, to consider this matter and transact such other business that may come before the court:

*Motion to Sell Property Free and Clear of Liens*. Property description: 2001 Timberfall Lane, Valrico, FL 33594. . (Verify Fee) Filed by Trustee Beth Ann Scharrer. (Dauval, Richard) (Dkt. No. 29)

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

Dated: July 20, 2017

                                                      Respectfully submitted,

                                                      /s/ Richard M. Dauval, Esq.
                                                      Richard M. Dauval, Esq.
                                                      Florida Bar No. 664081
                                                      Leavengood, Dauval, Boyle & Meyer, P.A.
                                                      3900 1st Street North, Suite 100

Saint Petersburg, FL  33703
727-327-3328
rdauval@leavenlaw.com
Attorney for Trustee

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 20, 2017, a true and correct copy of the foregoing Notice of Hearing has been furnished by electronic delivery or first class U.S. mail to the attached matrix.

    /s/ Richard M. Dauval
    Richard M. Dauval

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:15-bk-09818-MGW<br>Middle District of Florida<br>Tampa<br>Thu Jul 20 12:39:49 EDT 2017 | Pasco Investments Inc. -<br>10628 Pontofino Cir<br>New Port Richey, FL 34655-7058 | Internal Revenue Service -<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Quantum3 Group LLC as agent for -<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients     3
Bypassed recipients     1
Total                   4