UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

| | |
|---|---|
| JAMES BRYAN HOLCOMBE and<br>CYNTHIA LEE HOLCOMBE , | CASE NO.: 8:15-bk-09818-MGW<br>CHAPTER 7 |
| Debtor(s).<br>_____/ | |

**U.S. BANK, N.A.'S RESPONSE TO TRUSTEE'S MOTION TO SELL REAL PROPERTY**
*Subject Property: 2001 TIMBERFALL LN, VALRICO, FL 33596*

**COMES NOW,** U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-FR1, ASSET-BACKED CERTIFICATES SERIES 2005-FR1 ("Creditor"), by and through its undersigned counsel hereby files its Response to the Trustee's Motion to Sell Real Property [D.E. 29] and states as follows:

1. The Debtors, James Bryan Holcombe and Cynthia Lee Holcombe filed a Chapter 7 Bankruptcy Petition on September 28, 2015.

2. The Creditor holds a first mortgage security interest on real property located at 2001 TIMBERFALL LN, VALRICO, FL 33596 recorded in Official Records Book 14928, Page 0273 in the public records of Hillsborough County, Florida on April 26, 2005.

3. The Trustee has filed a Motion to Sell Real Property [D.E. 29]. which is currently scheduled for hearing on August 17, 2017.

4. The Creditor has approved the short sale. Upon information and belief, a short sale approval letter was sent outlining the terms of the payoff, with the funds to be received by Creditor on or before September 8, 2017.

**WHEREFORE**, U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2005-FR1, ASSET-BACKED CERTIFICATES SERIES 2005-FR1, respectfully request the Trustee's Motion to Sell Real Property be granted, and that the Court enter any and all relief it deem just and appropriate.

SHD Legal Group P.A.
**Attorneys for Creditor (SHD No. 1456-155469)**
PO BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252

By:  /s/ Joshua C. Kligler
    Joshua C. Kligler
    Florida Bar No.69397
    JKligler@shdlegalgroup.com

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this day, July 28, 2017, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JAMES BRYAN HOLCOMBE and CYNTHIA LEE HOLCOMBE
2001 TIMBERFALL LANE
VALRICO, FL 33596
*Debtor(s)*

CHARLES T STOHLMAN
THE STOHLMAN LAW FIRM, LLC
120 E PINE STREET, SUITE 7
LAKELAND, FL 33801
*Attorney for Debtor(s)*

BETH ANNSCHARRER
PO BOX 4550
SEMINOLE, FL 33775-4550
*Trustee*

UNITED STATES TRUSTEE – TPA7/13
TIMBERLAKE ANNEX. SUITE 1200
501 E. POLK STREET
TAMPA, FL 33602
*U.S. Trustee*

RICHARD M. DAUVAL
LEAVENLAW
3900 1ST STREET NORTH, SUITE 100
SAINT PETERSBURG, FL 33703
*Attorney for Trustee*

              SHD Legal Group P.A.
              **Attorneys for Creditor (SHD No. 1456-155469)**
              PO BOX 19519
              Fort Lauderdale, FL 33318
              Phone: (954) 564-0071
              Fax:  (954) 564-9252

              By:  /s/ Joshua C. Kligler
                Joshua C. Kligler
                Florida Bar No.69397
                JKligler@shdlegalgroup.com